No. 94–8824. PINK *v.* JONES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8825. WHITSITT *v.* FRANCHISE TAX BOARD OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–8828. THOMPSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–8829. CANCEL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–8830. AZUBUKO *v.* MURDOCH ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–8831. BROWN *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–8833. MARTEN *v.* DEPARTMENT OF VETERANS AFFAIRS. C. A. 2d Cir. Certiorari denied.

No. 94–8835. LATHAN *v.* MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 94–8841. MCEADDY ET AL. *v.* BROOKS ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–8843. SIBAY *v.* CRESTAR FINANCIAL CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–8854. AKBAR *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–8856. IGNACIO *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 94–8874. BARTLETT *v.* DRAGOVICH ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–8889. OKPALA *v.* UNITED STATES CUSTOMS SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8906. KEENUM *v.* MAKEL, WARDEN. C. A. 6th Cir. Certiorari denied.